

# Fourth Court of Appeals
## San Antonio, Texas

July 7, 2016

No. 04-15-00799-CR

Eric G. **YZAGUIRRE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-1569-CR-C
Honorable Gary L. Steel, Judge Presiding

## O R D E R

Appellant's brief was originally due February 29, 2016, but was not filed. Because appellant's counsel filed neither the brief nor a motion to extend time to file the brief, this court sent counsel a notice advising him the brief was past due. *See* TEX. R. APP. P. 38.8. On March 11, 2016, in response to our notice, counsel filed a motion to extend time to file the brief, which this court granted. After we granted appellant's first request for extension of time, his brief was due April 11, 2016 — forty-two days from the original due date. The brief was not filed by the due date, but on April 17, 2016, appellant's counsel filed a second motion to extend time to file his brief and a motion to supplement the reporter's record. In the motion to supplement, and for the first time, appellant's counsel stated certain portions of the reporter's record had not been filed and he could not complete the appellate brief without them. In his extension, he asked that he be allowed thirty days after the record was supplemented to file his brief.

In response, on April 19, 2016, we ordered the court reporter to file those portions of the record requested by counsel. On June 1, 2016, the reporter filed several supplemental volumes of the reporter's record. Accordingly, per our prior order, which required appellant to file his brief in this court on or before thirty days from the date the supplemental reporter's record was filed, we ordered appellant to file appellant's brief in this court on or before July 1, 2016. However, neither the brief nor a motion to extend time to file the brief was filed.

Accordingly, we **ORDER** attorney E. Chevo Pastrano to file appellant's brief in this court on or before **August 8, 2016**. If the brief is not filed on or before the date ordered, the

court will abate this appeal and remand the case to the trial court for a hearing to determine whether appellant or his counsel has abandoned the appeal.

We **order** the clerk of this court to serve a copy of this order on the trial court and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court